CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
09/27/2017

JULIA C. DUDLEY, CLERK
BY: H. Wheeler
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE, VIRGINIA

UNITED STATES OF AMERICA )
)
v. )
)  Criminal No. 3:17MJ00060
Richard A. WELLBELOVED-STONE )

### AFFIDAVIT IN SUPPORT OF ARREST WARRANT

1. I, Lazaro "Larry" Cosme a Special Agent with the Department of Homeland Security, Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), in Harrisonburg, Virginia. I have been employed by HSI and its predecessor agency for over twenty-four and a half years. As part of my daily duties as an HSI Special Agent, I am assigned to investigations of criminal matters including the one set out in this affidavit which concerns an investigation related to child exploitation and child pornography. I have worked on numerous child exploitation cases and have also attended training related to child exploitation offenses and investigations. I have successfully completed training at the Federal Law Enforcement Training Center in Glynco, Georgia. I possess a Bachelor's Degree in Criminal Justice from New Jersey City University. Additionally, I conduct and investigate criminal violations relating to illicit finance, bulk cash smuggling, human trafficking/smuggling, customs and immigration laws.

2. The information set forth in this affidavit is based on information provided to me by other Law Enforcement Officers, and on my investigation of this matter. I have not included each and every fact known to me concerning the investigation. Rather, I have set forth only those facts necessary to establish probable cause.

3. On or about **July 14, 2017**, a Law Enforcement Agency in the U.K. known to HSI provided documentation in reference to the KIK Messenger user "**bijsincville**" and a Google email account "**bijsincville@gmail.com**" relating to chat conversations concerning the ongoing sexual exploitation of a [REDACTED] year old child.

4. Excerpts of communications are set forth below. "Lee" is an undercover officer (UC) with the above-referenced U.K. law enforcement agency and "Jack" was later determined to be Richard A. Welbeloved-Stone as set forth further below.

### KIK CHAT WITH UC
### DATE: Wednesday July 12, 2017

- 13:53 – Jack;
- "Hey there. How are things?"

- 15:42 – Lee;

1

- o "Hi all good here, how are you? how are things...."
- o 16:14 – Jack;
- o "Doing well. Have been only fantasizing about (REDACTED by law enforcement as it pertains to the identity of Victim 1). So hard since last week I helped her get dressed for bed."

- o 16:15 – Lee;
- o "mmmm nice! how old is she again?"

- o 16:52 – Jack;
- o 

- o 16:54 – Jack;
- o "And how old are your girls?"

- o 16:55 – Lee;
- o "3 and 6, well lucy is 7 in a couple of weeks"

- o 16:56 – Jack;
- o "Nice. Have a good birthday surprise for her?"

- o 16:59 – Jack;
- o "You tasted both of them, or just Lucy?"

- o 16:59 – Lee;
- o "i lick them both out, they taste so good"

- o 17:00 – Jack;
- o "Mmm, yes"

- o 17:00 – Jack;
- o "I've only had a little taste of (REDACTED by law enforcement as it pertains to the identity of Victim 1), but she was so sweet"

5. Pursuant to an administrative subpoena, KIK revealed that username **bijsincville** belonged to a "Jack Smith," using IP address **76.120.226.19** (*Date: July 16, 2017 Time: 17:41:42*) during the time of the undercover chats. Open Source information relating to IP address **76.120.226.19** identified the IP provider as Comcast Communications.

6. Pursuant to an administrative subpoena, Comcast revealed that during the date of July 16, 2017 Time: 17:41:42, (during the time of the chats), IP address **76.120.226**, was assigned to Rick Wellbeloved, and Internet Service was provided to address **1028 Cottonwood Road, Charlottesville, VA 22901**.

7. On July 20, 2017, HSI Special Agent Cosme preformed a law enforcement database check for Richard Alan Wellbeloved-Stone DOB: XX/XX/1964, SSN: XXX-XX-7933 listed as residing at **1028 Cottonwood Road, Charlottesville, VA 22901**.

8. Charlottesville Police Department Detective Nicholas Rudman requested information

from the Virginia Department of Motor Vehicles (Virginia DMV). The Virginia DMV has Richard Alan Wellbeloved-Stone current address as 1028 Cottonwood Road, Charlottesville, VA 22901.

9. On July 20, 2017, Detective Rudman conducted surveillance on the residence of **1028 Cottonwood Road, Charlottesville, VA 22901**. During the surveillance, Detective Rudman observed a two vehicle(s) parked at the residence. The first vehicle was a four door sedan in the driveway with VA registration: "PORTUS" and the other vehicle parked on the street in front of the residence VA registration "LUVROX2". Both vehicles are registered to **Richard Wellbeloved-Stone** address: **1028 Cottonwood Road, Charlottesville, VA 22901.**

10. ▉▉▉▉▉ pictures located by your Affiant show what appears to law enforcement to be Richard Alan Wellbeloved-Stone and his wife in a ▉▉▉ picture with ▉▉▉ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

11. On July 24, 2017, Detective Nicholas Rudman applied for a Virginia State Search warrant before Albemarle Circuit Court Judge Hon. Cheryl V. Higgins. Judge Higgins issued the search warrant for **1028 Cottonwood Road, Charlottesville, Virginia 22901** for evidence relating to possible Virginia state charges of forcible sodomy and aggravated sexual battery.

12. On July 25, 2017, Federal Agents with Homeland Security Investigations, Charlottesville Police Department Detectives, and Virginia State Police Agents were present during the execution of this search warrant at **1028 Cottonwood Road, Charlottesville, Virginia 22901**. During the search, Law Enforcement Agents collected, among other things, computers, cellular phones and other electronic device(s) that may contain evidence in accordance with the above-referenced state warrant.

13. Law Enforcement Agents collected numerous items during the execution of the Virginia State Search Warrant at **1028 Cottonwood Road, Charlottesville, Virginia 22901**. Inside the residence, Law Enforcement Agents found and seized among other things an Apple IPHONE, Model A166, IMEI: 353819083209045 and a Lacie External Hard Drive, SN: NL3ITKEX these items contained evidence of sexually explicit materials related to the sexual exploitation of minor children.

14. On July 25, 2017, during the search of **1028 Cottonwood Road, Charlottesville, Virginia, 22901** computer forensic examiners from HSI and the Virginia State Police Department previewed some of the digital evidence. Computer forensic examiners identified a Lacie External Hard Drive which contains a folder titled "**not on bu**" as having ten files with titles consistent with child pornography. Described below are two examples of the contents in this folder. This external hard drive was located on the desk of Richard Wellbeloved-Stone. During the execution of the state search warrant Mr. Wellbeloved-Stone's adult son told Charlottesville Police Department Detective Blaine Cosgro that the desk is his father's. Law enforcement officers observed karate certificates in the name of Mr. Richard Wellbeloved-Stone directly above the desk. Additional items including a Charlottesville City School computer belonging to Mr. Wellbeloved-Stone was in a carrying case next to the desk.

   a. Title "!!pthc lsm magazine 9yo kidzilla pre-teen young little girls harry

3

potter jenny - Polin115.jpg". Description: Image file with two prepubescent girls sitting on the floor together, one prepubescent girl has her feet in the air exposing her vagina and the other girl is behind her holding up her legs. The girl's vagina appears to be the focal point of the image.

      b. Title "pthc 12 yo holy cross middle school cougar girl sucks young boyfriend - homemade webcam.mpg". Description: This video is two minutes and fifty four seconds in length. During the video a young female, who appears to be approximately twelve-years old, performing oral sex on a male about the same age. This video appears to be captured by a webcam. Your Affiant knows from other Law Enforcement Officers, that this video is an identified child by the National Center of Missing and Exploited Children.

15. On July 26, 2017, Detective Blaine Cosgro forensically extracted Richard Wellbeloved-Stone's IPHONE the KIK Messenger application and the KIK Messenger username "bijsincville" were located on this IPHONE. Detective Cosgro found some KIK messenger chats on this IPHONE with the Undercover Agent. There were also personal files belonging to Richard Wellbeloved-Stone that would identify ownership of this IPHONE. This IPHONE, was located next to Wellbeloved-Stone's bed on a night stand. Mr. Wellbeloved-Stones adult children identified the IPHONE as belonging to Richard Wellbeloved-Stone.

16. During a review of the photos on the IPHONE, Agents located approximately 20 images of a pre-pubescent female's vagina. These photos are from the waist down and the focal point is the pre-pubescent female's vagina. Some of the images show the hand of an adult male manipulating this pre-pubescent female's vagina. The metadata of the photos shows that the photos were taken from this IPHONE, on May 18, 2017 and May 20, 2017.

17. Law Enforcement officers identified a young child ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. This child known to law enforcement ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. There were also non-sexual pictures of this child on the above referenced IPHONE that appeared to have been taken ▓▓▓▓▓▓▓▓▓▓▓ shortly before to the production of the child exploitation images and ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ An interview of the child's parents confirmed ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (1028 Cottonwood Road, Charlottesville, Virginia located in the Western District of Virginia) ▓▓▓▓▓▓▓▓▓▓▓▓▓.

18. On August 9, 2017, your Affiant contacted Apple, Inc. and a representative advised affiant that all Apple IPHONES are made in the country of China. The Apple representative further stated that the Apple IPHONES have a stamp in the back of the device indicating the place where it was made China. The Apple representative's name is known to law enforcement.

19. On August 10, 2017, your Affiant reviewed one of the Lacie External Hard Drives and opened the external hard drive casing revealing the label which indicated this is a Seagate hard drive and is product of Thailand. Further, research on these particular Lacie External Hard Drives indicated that they are being made in Thailand.

4

## CONCLUSION

20. Based on the information set forth in this affidavit and the history of Richard A. Wellbeloved-Stone, I submit that there is probable cause to believe:

    a. That on or about May 18, 2017 and May 20, 2017, Richard A. Wellbeloved-Stone did use a minor to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of 18 U.S.C. § 2251(a).

    b. On July 25, 2017, Richard A. Wellbeloved-Stone did knowingly possess at least one matter which contains a visual depiction which was produced using materials which had been mailed and shipped and transported using any means and facility of interstate and foreign commerce, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct, in violation of 18 U.S.C. §2252(a)(4)(B).

Received by reliable electronic means and sworn and attested to by telephone on September 27, 2017.

Lazaro "Larry" Cosme
Special Agent
Homeland Security Investigations (HSI)
Harrisonburg, Virginia

Subscribed and sworn to before me this XXX day of September, 2017.

HONORABLE JOEL HOPPE
U.S. Magistrate Judge

5