

**SEALED**

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
OCT 05 2017
JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

| | |
|---|---|
| United States of America <br> v. <br> RICHARD A. WELLBELOVED-STONE <br> Defendant | ) ) ) Case No. 3:17MJ00060 ) ) ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* RICHARD A. WELLBELOVED-STONE,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Using a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, within the meaning of 18 U.S.C. § 2251(a) and possession of child pornography under 18 U.S.C. § 2252(a)(4)(B).

Issued by reliable electronic means.

Date: 9/27/17

*Issuing officer's signature*

City and state: Charlottesville, Virginia

Honorable Joel S. Hoppe, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 9/27/17, and the person was arrested on *(date)* 9/27/17
at *(city and state)* Charlottesville, VA.

Date: 9/27/17

*Arresting officer's signature*

Michael Allen CIDUSM
*Printed name and title*